UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YAINIER DIAZ,

          Petitioner,

    v.

WARDEN, SOUTH FLORIDA
DETENTION FACILITY,  US
ATTORNEY GENERAL,

          Respondents.

Case No. 2:26-cv-2048-KCD-NPM

/

## **ORDER**

Petitioner Yainier Diaz has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims, among other things, that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 12.) The Government opposes relief. (Doc. 9) The habeas petition is **GRANTED** as set forth below.

Because the Government cannot show any real prospect of deportation despite holding Diaz for over six months (Doc. 9), the Court finds no significant likelihood that he will be removed in the reasonably foreseeable future. The Government states that Diaz has refused to sign third-country removal forms, but it does not indicate whether that refusal is a roadblock to deportation. (Doc. 9-2.) Indeed, because the Government says it plans to send

Diaz to Mexico nonetheless, it seems those forms are not an impediment. Diaz is therefore entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of his prior supervision and any additional conditions that may be imposed. To the extent Diaz raised any other claims, they are denied because he is being released. He is entitled to no other further relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Yainier Diaz from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Petitioner must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ORDERED** in Fort Myers, Florida on July 14, 2026.

Kyle C. Dudek
United States District Judge

2